# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JERMAINE OLIVER, | ] |
| Plaintiff, | ] |
| v. | ] 4:03-cv-02329-RBP-JEO |
| OFFICER KERRY SHRUGGS, | ] |
| Defendant. | ] |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 2, 2007, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE**, this 24th day of January, 2007.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case 4:03-cv-02329-RBP-JEO   Document 23   Filed 01/24/07   Page 2 of 2